**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6613

JOEL BRUCE SCHOONOVER,

Plaintiff - Appellant,

versus

RANDOLPH COUNTY SHERIFF'S OFFICE; ELKINS CITY
POLICE DEPARTMENT; CAPTAIN DEAN LAWRENCE,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge. (CA-04-35-2)

Submitted:  August 18, 2005          Decided:  August 25, 2005

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joel Bruce Schoonover, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joel Bruce Schoonover appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Schoonover v. Randolph County Sheriff's Office, No. CA-04-35-2 (N.D.W. Va. Apr. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED